FILED
CLERK, U.S. DISTRICT COURT
APR 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Rafael Perez<br><br>　　　　Defendant. | Case No.: 09-00704M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District of Texas for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unverified background information,

1  No Bail Resources, illegal Drug use

and/or

B. ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Nature of current Allegations; Prior Criminal History; AND illegal Drug use History.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/10/08

_____
UNITES STATES MAGISTRATE JUDGE